In the Court of Criminal Appeal

Jody Ford McCreary V. Twelfth Court of Appeal

Cause No. 12-14-00356-CR.

2-3-2015

PD-0147-15

Motion To Extention of time 60 days to file a Petition for Discretionary review. In the Twelfth Court of Appeal of denying the Appeal for want of jurisdiction. OF Petitioner involuntary guilty plea

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 10 2015

Abel Acosta, Clerk

Now Come Jody Ford McCreary and file this Motion to Extention of time of 60 days to file a Petition for Discretionary review in the Twelfth Court of Appeal of denying the Appeal for Want of jurisdiction of Petitioner involuntary guilty plea has follow. 1. Petitioner is incarcerate at the Ellis Unit in Huntsville Texas. and this prison unit have been locked down due to Medical. Petitioner have not been to the prison commssary to get Typing paper and Carbin paper to file this petition Petitioner has also been denied to go to the Law Library due to this Medical Locked down. Petitioner will attached the Classification review. were it show that Petitioner was not in Cell Classification due to Medical lock down.

FILED IN
COURT OF CRIMINAL APPEALS

FEB 10 2015

Abel Acosta, Clerk

PRAYER

For these are the reason that petitioner pray peny to this Court That this Motion To Extention of time 60 days to file A Petition for Discretionary review In the 12th Court of Appeal of denying the Appeal for want of jurisdiction of Petitioner involuntary guilty plea Will be GRANTED.

Respectfully Submitted

Jody Ford McCreary 1694118

1697. FM 980 Huntsville Tx 77343

09-1-8

B2-110 B

*Medical Lockdown*

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

### Inter-Office Communications

**To** McCreary, Jody
Inmate Name, TDCJ# 1694118

**Date** 1-30-15

**From** Ellis UCC

**Subject** Inmate Notification of UCC Review

Due to your refusal to attend or (exclusion) from (circle one) a Unit Classification review conducted on ___1-30-15___ , you were reviewed in absentia. The decision of the committee is listed below.

Promote from L2/G4 to L1/G2

Committee Members:

Chairperson _____

Member _____

Member _____

Original - Inmate
Copy - Inmate Classification Folder

☆SSP - 120 (8/91)